UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80178 CR RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Mark Foglia,

    Defendant.

_____/

### Order Granting Motion to Discharge Bail Bonds

**THIS CAUSE** came before the Court on defendant's Motion to Discharge Bail Bonds, filed July 22, 2008. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby:

**ORDERED and ADJUDGED** that said Motion to Discharge Bail Bonds is **Granted**.

**DONE and ORDERED** in West Palm Beach, this 30 day of July, 2008.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

cc:    Rolando Garcia, AUSA
       David Roth, Esq.